IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-11074
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PABLO CRUZ-CASTILLO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CR-177-ALL-R
- - - - - - - - - -
April 28, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Pablo Cruz-Castillo has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Cruz-Castillo has filed a response. Our independent review of the brief, the record, and the response discloses no nonfrivolous issue which can be adjudicated on direct appeal. Accordingly,

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  5TH CIR. R. 42.2.